| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee Atty. ID: 085262013<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Martha M. Marks | Case No.: 24-14083<br><br>Chapter 13<br><br>Judge: Judge Christine M. Gravelle |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of TD Bank, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Duane Morris LLP
            Attn: Edward J. McKee
            30 S. 17th Street
            Philadelphia, PA 19103

DOCUMENTS:

☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒    All documents and pleadings of any nature.

Date: September 4, 2024                    /s/ Edward J. McKee
                                           Edward J. McKee

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee Atty. ID: 085262013<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Martha M. Marks | Case No.: 24-14083<br><br>Chapter 13<br><br>Judge: Judge Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Edward J. McKee:

    ☒ represent TD Bank, N.A. in this matter.

    ☐ am the secretary/paralegal for Edward J. McKee, who represents TD Bank, N.A. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 4, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance on behalf of TD Bank, NA

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>September 4, 2024</u>                    <u>/s/ Edward J. McKee        </u>
                                                   Edward J. McKee

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Martha M. Marks<br>1117 Edgebrook Drive South<br>Toms River, NJ 08757 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (  ) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |