Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14083−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martha M Marks
   aka Martha Marks
   1117 Edgebrook Drive South
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−0924

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/4/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 4, 2024
JAN: mjb

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-14083-CMG

Martha M Marks     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Dec 04, 2024     Form ID: 148     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martha M Marks, 1117 Edgebrook Drive South, Toms River, NJ 08757-4451 |
| 520232513 | + | Frank Barillari, 1039 Edgebrook Drive, Toms River, NJ 08757-4521 |
| 520232522 | + | Raymond L. Marks, 90 Oakland Drive, Brick, NJ 08724-4561 |
| 520232535 | | U.S. Bankcorp, Saint Louis, MO 63166 |
| 520232537 | | US Bank, Oshkosh, WI 54903 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520285785 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:58:12 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520232499 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 04 2024 20:58:12 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520232500 | | EDI: CITICORP | Dec 05 2024 01:36:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520319775 | | EDI: CITICORP | Dec 05 2024 01:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520232502 | | EDI: CITICORP | Dec 05 2024 01:36:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520232501 | | EDI: CITICORP | Dec 05 2024 01:36:00 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520232503 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520232504 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520232506 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520232505 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 520232507 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 520232508 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

Case 24-14083-CMG   Doc 19   Filed 12/06/24   Entered 12/07/24 00:18:05   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 182125, Columbus, OH 43218-2125 |
| 520232517 | | EDI: CITICORP | Dec 05 2024 01:36:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520232509 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 04 2024 20:52:00 | First Mark Services, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520232510 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 04 2024 20:52:00 | First Mark Services, Attn: Bankruptcy, PO Box 82522, Lincoln, NE 68501-2522 |
| 520245624 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 04 2024 20:52:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 520232515 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2024 20:52:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520232514 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2024 20:52:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520232516 | | EDI: CITICORP | Dec 05 2024 01:36:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520232519 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2024 20:54:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 520232518 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2024 20:54:00 | Nelnet, 2401 International Ln, Madison, WI 53704-3121 |
| 520319420 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2024 20:52:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520232521 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2024 20:52:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520232520 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2024 20:52:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 520306759 | | EDI: Q3G.COM | Dec 05 2024 01:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520306758 | | EDI: Q3G.COM | Dec 05 2024 01:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520232523 | + | EDI: SYNC | Dec 05 2024 01:36:00 | Synchrony Bank, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520232524 | | EDI: SYNC | Dec 05 2024 01:36:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520232526 | | EDI: SYNC | Dec 05 2024 01:36:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520232525 | + | EDI: SYNC | Dec 05 2024 01:36:00 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520232527 | + | EDI: SYNC | Dec 05 2024 01:36:00 | Synchrony/HSN, PO Box 71740, Philadelphia, PA 19176-1740 |
| 520232528 | | EDI: SYNC | Dec 05 2024 01:36:00 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520319609 | | EDI: TDBANKNORTH.COM | Dec 05 2024 01:36:00 | TD Bank, N.A., 70 Gray Road, Falmouth, ME 04105 |
| 520232534 | | EDI: TDBANKNORTH.COM | Dec 05 2024 01:36:00 | Td Bank, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520232533 | | EDI: TDBANKNORTH.COM | Dec 05 2024 01:36:00 | Td Bank, Attn: Bankruptcy, PO Box 9547, Portland, ME 04112-9547 |
| 520232531 | | EDI: TDBANKNORTH.COM | Dec 05 2024 01:36:00 | Td Bank, PO Box 219, Lewiston, ME 04243-0219 |
| 520232529 | | EDI: WTRRNBANK.COM | Dec 05 2024 01:36:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |

| Recip ID | EDI | | Date | Name and Address |
|---|---|---|---|---|
| 520232530 | EDI: WTRRNBANK.COM | | Dec 05 2024 01:36:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520262710 | EDI: USBANKARS.COM | | Dec 05 2024 01:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520232536 | EDI: USBANKARS.COM | | Dec 05 2024 01:36:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520232538 | EDI: USBANKARS.COM | | Dec 05 2024 01:36:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 520232539 | EDI: WFFC | | Dec 05 2024 01:36:00 | Wells Fargo Bank NA, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 520232540 | EDI: WFFC2 | | Dec 05 2024 01:36:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 520232543 | EDI: CBS7AVE | | Dec 05 2024 01:36:00 | Wisconsin Cheeseman/Colony, PO Box 1, Madison, WI 53782-0001 |
| 520232544 | EDI: CBS7AVE | | Dec 05 2024 01:36:00 | Wisconsin Cheeseman/Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520232511 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, First Mark Services, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520232512 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, First Mark Services, Attn: Bankruptcy, PO Box 82522, Lincoln, NE 68501-2522 |
| 520232532 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, Td Bank, PO Box 219, Lewiston, ME 04243-0219 |
| 520232541 | * | Wells Fargo Bank NA, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 520232542 | * | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 52 |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com <br><br> docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Martha M Marks bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank N.A. emckee@duanemorris.com, jalowe@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6